ASTOR and WALDORF ASTOR v. THE PARK AVENUE OPERATING COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of Judicial Settlement of the Account of Proceedings of UNITED STATES TRUST COMPANY OF NEW YORK, as Successor Executor of the Last Will and Testament of LEWIS CASS LEDYARD, Deceased, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

PETER R. KUHN v. PACIFIC MUTUAL LIFE INSURANCE COMPANY OF CALIFORNIA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

In the Matter of Proving the Last Will and Testament of ERNEST TEMPLE HARGROVE, Deceased, as a Will of Real and Personal Property. HENRY BEDINGER MITCHELL. WILLIAM ARCHIBALD TEMPLE HARGROVE and Another. Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 202.] Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

JOSEPH GEDEON v. NEWS SYNDICATE Co., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

In the Matter of the Application of LOUIS V. QUINN against LEWIS J. VALENTINE, as Police Commissioner of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of CAULDWELL-WINGATE COMPANY for an an Order Compelling THE NEW YORK CITY HOUSING AUTHORITY to Arbitrate.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JACOB DANIELS for a Final Order against JOHN E. CONNELLY, Chairman, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JACOB DANIELS for a Final Order against JOHN E. CONNELLY, Chairman, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JONATHAN OGDEN BULKLEY and Another v. ALBERT SHAW and Another.— Motion for leave to appeal to the Court of Appeals granted; questions certified. [See ante, p. 196.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MARTIN M. CONNORS and Others against FIORELLO H. LAGUARDIA, as Mayor of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

C. WALTER RANDALL, as Trustee of BUSH TERMINAL COMPANY, v. FRANK BAILEY and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.